U.S. DISTRICT COURT                                          Civil No. 3:24-CV-846
MIDDLE DISTRICT OF PENNSYLVANIA
------------------------------------------------------------------------X

FRANK TUFANO

               Plaintiff(s),                      OBJECTION TO REPORT AND
                                                            RECOMMENDATIONS

      -against-


FRANKIE'S FREE RANGE MEAT CONSPIRATORS, et
al.


               Defendant(s).

------------------------------------------------------------------------X


1. On the 6th day of November 2024, Magistrate Judge Bloom recommended the case be dismissed – Frank Tufano did not receive the legal paperwork until the following week in November.

2. The preliminary decision of the judges to dismiss the case is a direct violation of Frank Tufano's Seventh Amendment Right and a clear reason as to why the amendment was created in the first place.

3. A jury of Frank Tufano's peers is capable of making the same preliminary evaluation as the judge.

Dated: December 11, 2024


By:    /s/ Frank Tufano
         Frank Tufano

FILED
SCRANTON

DEC 1 1 2024

PER_____DJ_____
DEPUTY CLERK